FILE COPY



## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

May 4, 2015

Randall C. Sims
District Attorney
501 S. Fillmore, Suite 5A
Amarillo, TX 79101
* DELIVERED VIA E-MAIL *

Jeffrey Hill
Attroney at Law
PO Box 763
Bushland, TX 79012
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-15-00108-CR, 07-15-00109-CR
Trial Court Case Number: 68,790-D, 68,791-D

**Style:** Kathryn Pendleton v. The State of Texas

Dear Counsel:

The following was filed in the captioned appeal as of Monday, May 04, 2015:

Clerk's Record (2 volumes in each appeal w/volume 2 sealed)

Very truly yours,

*Vivian Long*
VIVIAN LONG, CLERK

xc: Honorable Don R. Emerson (DELIVERED VIA E-MAIL)
Jill Zimmer (DELIVERED VIA E-MAIL)
Caroline Woodburn (DELIVERED VIA E-MAIL)